**AARON M. FREY**
ATTORNEY GENERAL

TEL: (207) 626-8800
TTY USERS CALL MAINE RELAY 711

STATE OF MAINE
OFFICE OF THE ATTORNEY GENERAL
6 STATE HOUSE STATION
AUGUSTA, MAINE 04333-0006

REGIONAL OFFICES
84 HARLOW ST. 2ND FLOOR
BANGOR, MAINE 04401
TEL: (207) 941-3070
FAX: (207) 941-3075

125 PRESUMPSCOT ST., STE. 26
PORTLAND, MAINE 04103
TEL: (207) 822-0260
FAX: (207) 822-0259

14 ACCESS HIGHWAY, STE. 1
CARIBOU, MAINE 04736
TEL: (207) 496-3792
FAX: (207) 496-3291

October 7, 2021

**Via Electronic Filing**

The Honorable John A. Woodcock, Jr.
United States District Court for the
    District of Maine
Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, ME 04101

    Re:    *Brittany Irish, et al. v. Jason Fowler, et al.*
             No.: 1:15-cv-00503-JAW

Dear Judge Woodcock:

    Pursuant to the Court's order dated January 7, 2021, I am writing to advise the Court that on Monday, October 4, 2021, the United States Supreme Court denied the petition for a writ of certiorari filed by defendants Jason Fowler and Micah Perkins.

    Subsequently, Attorney Scott Lynch and I conferred. We both believe that this case would benefit from a judicial settlement conference. Accordingly, we are respectfully requesting a telephone conference with the Court to discuss the possibility of such a conference, as well as a timeframe for further proceedings.

                              Sincerely,

                              */s/ Christopher C. Taub*
                              CHRISTOPHER C. TAUB
                              Chief Deputy Attorney General

cc:  Scott J. Lynch, Esq. (via ECF)