IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| BRITTANY IRISH, *et als.*        ) | |
| ) | Civil Action No. |
| Plaintiffs        ) | 1:15-cv-503-JAW |
| ) | |
| V.        ) | |
| ) | |
| DETECTIVE JASON FOWLER,        ) | |
| DETECTIVE MICAH PERKINS, and        ) | |
| SERGEANT DARRIN CRANE        ) | |
| ) | |
| Defendants        ) | |

## PLAINTIFFS' MOTION TO CONTINUE

NOW COME the Plaintiffs, by and through counsel, and state as follows:

1. The Court has scheduled this matter for a conference on January 6, 2022 at 1:00 p.m.

2. Following the December 13, 2021 judicial settlement conference, undersigned counsel immediately contacted a consultant for a coverage opinion.

3. Undersigned counsel forwarded the materials to James D. Poliquin, Esquire for review on December 15, 2021.

4. On December 23, 2021, undersigned counsel learned that Attorney Poliquin will on vacation and not returning until January 11, 2022. Attorney Poliquin has requested additional time to review this matter and has requested that we continue the check-in conference currently scheduled for January 6, 2022 to mid-January 2022 so that he may complete his review.

5. Assistant Attorney General Christopher Taub has no objection to the requested continuance.

Wherefore, the Plaintiffs respectfully request that the conference scheduled for January 6, 2022 at 1:00 p.m. be continued.

DATED: December 28, 2021

/s/   Scott J. Lynch, Esq.
Lynch & Van Dyke, P.A.
261 Ash Street - P.O. Box 116
Lewiston, Maine 04243-0116
Tel. 207-786-6641
slynch@hlrvd.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2021, I electronically filed the foregoing Plaintiff's Motion to Continue with the United States Federal Court by using the ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the ECF system, and I hereby certify that same shall be timely mailed by United States Postal Service to the Plaintiffs.

Christopher Taub, Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, Me  04333-0006

/s/ Scott J. Lynch, Esq.
Lynch & Van Dyke, P. A.
261 Ash Street - P.O. Box 116
Lewiston, Maine 04243-0116
Tel. 207-786-6641
slynch@hlrvd.com