IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| BRITTANY IRISH, *et als.*, | ) |
| | ) Civil Action No. |
| Plaintiffs | ) 1:15-cv-503-JAW |
| | ) |
| V. | ) |
| | ) |
| DETECTIVE JASON FOWLER and | ) |
| DETECTIVE MICAH PERKINS, | ) |
| | ) |
| Defendants | ) |

## STIPULATION OF DISMISSAL

NOW COME the parties in the above-captioned matter and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.1(a), stipulate to the dismissal of this action with prejudice and without costs to any party.

Dated: 6/28/22

Scott J. Lynch, Esquire
Maine Bar No. 7314
Attorney for Plaintiffs

Dated: 6/28/22

/s/ Christopher C. Taub
Christopher C. Taub, Esquire
Maine Bar No. 8416
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2022, I electronically filed the foregoing Stipulation of Dismissal with the United States Federal Court by using the ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the ECF system, and I hereby certify that same shall be timely mailed by United States Postal Service to the Plaintiffs and a hard copy will be mailed to counsel for Defendants.

Christopher Taub, Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006

_/s/ Scott Lynch_
Scott J. Lynch, Esq.
Lynch & Van Dyke, P. A.
261 Ash Street - P.O. Box 116
Lewiston, Maine 04243-0116
Tel. 207-786-6641
slynch@hlrvd.com